UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LATEESIA LYNETTE COLLAR | CIVIL ACTION |
| VERSUS | NO. 22-1026-JWD-EWD |
| COMMISSIONER OF SOCIAL SECURITY | |

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 22, 2024 (Doc. 16), to which an objection and a response to the objection were filed and considered (Docs. 17 and 18);

**IT IS ORDERED** that the decision of the Administrative Law Judge is AFFIRMED, and that Plaintiff's appeal is DISMISSED with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 22, 2024.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA